# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

132968

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BRUCE ALLEN HELBLING,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132968
COA: 270910
Cass CC: 02-010245-FC
         02-010246-FC

_____/

     On order of the Court, the application for leave to appeal the December 6, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

s0521

Clerk